# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BRIAN MARTIN, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>JOHNSON CONTROLS FIRE PROTECTION LP,<br><br>　　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C19-0514-RAJ |

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　　The Court has APPROVED the parties' class action settlement, and this case is DISMISSED with prejudice in accordance with the terms of the settlement and the Court's order approving the same.

　　　DATED this 29th day of July 2022.

　　　　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Sandra Rawski*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk